IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CALVIN MAYS, JR., #150299 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04-cv-968-WKW |
| | ) | (WO) |
| TERRANCE MCDONNELL, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## O R D E R

After an independent and *de novo* review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The objection filed by the petitioner on October 11, 2006 (Doc. # 31) is overruled;

(2) The recommendation of the United States Magistrate Judge entered on September 27, 2006 (Doc. # 30) is adopted;

(3) The petition for habeas corpus relief filed by Petitioner Calvin Mays, Jr. is DENIED; and

(4) The above-styled case is DISMISSED with prejudice.

An appropriate judgment shall be entered.

DONE this 12th day of October, 2006.

                                          /s/  W.  Keith  Watkins
                                    UNITED STATES DISTRICT JUDGE